# UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF OKLAHOMA

In Re:

**Michael Dale Schatz**                                    Case Number: **06–12599**

           DEBTOR(s).

To:

**Michael Dale Schatz**                          **Tina A. Hall**

**1769 Denim Lane**                              **1705 S. Van Buren**
**Enid, OK 73703**                               **Enid, OK 73703**

## CLERK'S NOTICE OF DEFICIENCY
## FINANCIAL MANAGEMENT INSTRUCTIONAL COURSE

A certificate of completion of an instruction course concerning personal financial management is required to be filed pursuant to 11 U.S.C. § § 111, 727, and 1328.

The Court is prohibited from discharging a case until the certificate is filed

The docket indicates that the case referenced above is ready for discharge.  A certificate of completion of an instruction course concerning financial management has not been filed.

A discharge cannot be issued in this case until a certificate of completion has been filed.  If a certificate reflecting completion of a financial management instructional course is not filed, the case will be administratively closed within thirty (30) days and a fee to reopen the case will be assessed to obtain a discharge .

DATED:  **1/8/07**

U.S. Post Office / Federal Building                    FOR THE COURT :
215 Dean A. McGee Avenue                          **Grant E. Price**
Oklahoma City, OK. 73102                          **Clerk of the Bankruptcy Court**
Telephone Number: (405) 609–5700
Hours Open: 8:30 a.m. – 4:30 pm Monday – Friday